ANNA S. ANDERSON AND T. W. ANDERSON, HER HUSBAND, AND THE POLK COUNTY NATIONAL BANK, A CORPORATION UNDER THE LAWS OF THE UNITED STATES, APPELLANTS, VS. SALLIE C. AZLIN, IN HER OWN RIGHT, JOINED BY HER HUSBAND, W. J. AZLIN, APPELLEES.

Appeal from Circuit Court Polk county.

*Tucker & Tucker* and *Eppes Tucker*, for Appellants.

*Jefferson Varn*, for Appellees.

The bill in this case was filed by the appellees against the appellants. There was decree for the complainants and the defendants appeal.

Appeal dismissed on motion of counsel for appellees (appearing specially) because no citation has been served.

HERBERT L. ANDERSON, APPELLANT, VS. ACHILLE LAURENT AND W. A. FULTON, RECEIVER, APPELLEES.

Appeal from Circuit Court Citrus county.

*H. L. Anderson* in *pro per.*

*John G. Reardon* and *Allen & Wright*, for Appellees.

The bill in this case was filed by the appellees against the appellant, Carl Thalheim and others. There was decree for the complainants and the defendant H. L. Anderson appeals.

Appeal dismissed on motion of counsel for appellees for failure to file a transcript of the record.